# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| BARTON THORNE,<br><br>    Plaintiff,<br><br>v.<br><br>SHELBY COUNTY BOARD OF EDUCATION and DR. JORIS M. RAY, in his official capacity as Superintendent of Shelby County Schools,<br><br>    Defendants. | Case No. 2:21-cv-02110-MSN-tmp |

## STIPULATION AS TO SELECTION OF MEDIATOR

Pursuant to the Court's Notice to Comply with Plan for Alternative Dispute Resolution and Section 2.1 of the ADR Plan [Doc. 3], the Parties hereby stipulate that they have selected David Wade, Esq. as mediator in this matter, and Mr. Wade has agreed to serve as mediator. Mediation is scheduled for September 7, 2021.

Respectfully Submitted,

*Counsel for Plaintiff:*

s/Cameron M. Watson
CAMERON M. WATSON
SPICER RUDSTROM, PLLC
119 S. Main Street, Suite 700
Memphis, Tennessee 38103
901.522.2319
cwatson@spicerfirm.com

s/Daniel R. Suhr
DANIEL R. SUHR (WI No. 0156658)
Liberty Justice Center
Chicago, Illinois 60603
312.263.7668
dsuhr@libertjusticecenter.org

1

*Counsel for Defendants:*

s/ Kenneth M. Walker II
KENNETH M. WALKER II (#032422)
Shelby County Board of Education
Office of the General Counsel
160 S. Hollywood St., Room 218
Memphis, Tennessee 38112
901.416.6370
walkerkm2@scsk12.org

s/ Jamie L. Morton
JAMIE L. MORTON (#031243)
Shelby County Board of Education
Office of the General Counsel
160 S. Hollywood St., Room 218
Memphis, Tennessee 38112
901.416.6370
mortonj2@scsk12.org

## **CERTIFICATE OF SERVICE**

      This certifies that a copy of the foregoing has been forwarded pursuant to the Court's electronic filing system to the following:

Cameron M. Watson
SPICER RUDSTROM, PLLC
119 S. Main Street, Suite 700
Memphis, Tennessee 38103

*Counsel for Plaintiff*

Daniel R. Suhr
Liberty Justice Center
209 S. LaSalle Street, Suite 1690
Chicago, Illinois 60604

*Counsel for Plaintiff*
*Admitted Pro Hac Vice*

      /s/Jamie L. Morton
      Jamie L. Morton