*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF TENNESSEE*
*Western Division*
*Office of the Clerk*

| | |
|---|---|
| *Thomas M. Gould, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U.S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee 38301* |
| *(901) 495-1200* | *(731) 421-9200* |

## NOTICE OF SETTING
### Before Judge Mark S. Norris, United States District Judge

**January 28, 2022**

**RE: 21-02110-MSN**
   **Barton Thorne v. Shelby County Board of Education, et al.**

Dear Sir/Madam:

   A **MOTION HEARING** re: Defendants' Motion to Dismiss Amended Complaint **(ECF No. 15)** has been **SET** for **THURSDAY, FEBRUARY 17, 2022** at **10:00 A.M.** before **Judge Mark S. Norris in Courtroom 4, 9th floor of the Federal Building, Memphis, Tennessee**.

   If you have any questions, please contact the case manager at the telephone number or email address provided below.

   Sincerely,
   THOMAS M. GOULD, CLERK

   BY:   S/ *Zandra Frazier*
         Zandra Frazier, Case Manager
         901-495-1277
         E-mail: zandra_frazier@tnwd.uscourts.gov