IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

BARTON THORNE,

    Plaintiff,

v.                                                                       Case No. 2:21-cv-02110-MSN-tmp

SHELBY COUNTY BOARD OF EDUCATION,
and DR. RODERICK RICHMOND, in his official
capacity as Interim Superintendent of Memphis
Shelby County Schools,

    Defendants.

---

## ORDER SUBSTITUTING DEFENDANT

---

As ordered at the status conference held in this matter on April 11, 2025, Dr. Roderick Richmond, in his official capacity as Interim Superintendent of Memphis Shelby County Schools, is **SUBSTITUTED** in place of Dr. Joris Ray.  The Clerk is **DIRECTED** to terminate Dr. Joris Ray as a party on the docket and add Dr. Roderick Richmond, in his official capacity as Interim Superintendent of Memphis Shelby County Schools.

**IT IS SO ORDERED**, this 18th day of April, 2025.

                                                 *s/ Mark S. Norris*
                                                 MARK S. NORRIS
                                                 UNITED STATES DISTRICT JUDGE